Nicholas A. Carlin, State Bar No. 112532
David M. Given, State Bar No. 142375
Robyn Callahan, State Bar No. 225472
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911
Email: nac@phillaw.com
       dmg@phillaw.com
       rcd@phillaw.com

Elliot P. Cahn, State Bar No. 99419
LAW OFFICES OF ELLIOT CAHN
1035 7th Street, Ste. 1
Oakland, CA 94607
Tel: (510) 652-1615
Fax: (510) 550-2770
Email: cahnman@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM LUCE, BRIAN KROLL, MATT BLACKETT, LAWRENCE RIGGS<br><br>Plaintiffs,<br><br>vs.<br><br>SELENA GOMEZ, SELENA GOMEZ & THE SCENE, LINDY ROBBINS, TOBY GAD, HOLLYWOOD RECORDS, INC., a California Corporation, HEY KIDDO MUSIC, GAD SONGS, LLC, a Limited Liability Company, APPLE, INC., a California Corporation, EMI APRIL MUSIC, INC., a Connecticut Corporation, and KOBALT MUSIC SERVICES AMERICA, INC., a Delaware Corporation.<br><br>Defendants. | Case No: CV-12-2063<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT KOBALT MUSIC SERVICES AMERICA, INC. TO RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED, by and between Plaintiffs TOM LUCE, BRIAN KROLL, MATT BLACKETT, LAWRENCE RIGGS ("Plaintiffs") and Defendant KOBALT MUSIC SERVICES AMERICA, INC. ("Kobalt"), through their respective undersigned attorneys, that Kobalt shall have a thirty-day extension to respond to the Complaint in the action until and including July 9, 2012.

Dated: May 25, 2012

PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
Nicholas A. Carlin
Attorneys for Plaintiffs

Dated: May 25, 2012

KOBALT MUSIC SERVICES AMERICA, INC.

By: _____
Michael W. Petersen
General Counsel for Defendant Kobalt
Music Services America, Inc.
California Bar #150299

**IT IS SO ORDERED.**

DATED: May 29, 2012

_____
Hon. Maxine M. Chesney

---

2

STIPULATION TO EXTEND TIME FOR DEFENDANT KOBALT TO RESPOND TO COMPLAINT