1 | DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
2 | DAVID J. SEPANIK (S.B. #221527)
dsepanik@omm.com
3 | O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
4 | San Francisco, CA  94111-3823
Telephone:  (415) 984-8700
5 | Facsimile:   (415) 984-8701

Attorneys for Defendant
Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM LUCE, BRIAN KROLL, MATT BLACKETT, LAWRENCE RIGGS,<br><br>          Plaintiffs,<br><br>     v.<br><br>SELENA GOMEZ, SELENA GOMEZ & THE SCENE, LINDY ROBBINS, TOBY GAD, HOLLYWOOD RECORDS, INC., a California Corporation, HEY KIDDO MUSIC, GAD SONGS, LLC, a Limited Liability Company, APPLE INC., a California Corporation, EMI APRIL MUSIC, INC., a Connecticut Corporation, and KOBALT MUSIC SERVICES AMERICA, INC., a Delaware Corporation.<br><br>          Defendants. | Case No.  CV12-2063 MMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 30 DAYS (L.R. 6-1)**<br><br>**Current response date: May 29, 2012**<br>**New response date: June 28, 2012** |

CASE NO. CV12-2063 MMC
STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT

1    WHEREAS, Plaintiffs Tom Luce, Brian Kroll, Matt Blackett, and Lawrence Riggs (Plaintiffs) filed this action against, among others, Defendant Apple Inc., (Apple), and a response is currently due May 29, 2012 ;

   WHEREAS, pursuant to Local Rule 6-1, the Plaintiffs and Apple have agreed to extend the time within which Apple must answer or otherwise respond to the Complaint for 30 days, until June 28, 2012;

   WHEREAS, the Plaintiffs and Apple have not previously sought an extension of time in this action and this extension will not alter the date of any event or any deadline already fixed by Court order;

   NOW, THEREFORE, Plaintiffs and Apple, through their respective counsel, hereby stipulate as follows:

   Defendant Apple Inc. in the above-entitled matter shall have until June 28, 2012, to answer or otherwise respond to the Complaint.

Dated: May 25, 2012

Respectfully submitted,

O'MELVENY & MYERS LLP

By:   /s/ David R. Eberhart
         David R. Eberhart
Attorneys for Defendant
Apple Inc.

Dated: May 25, 2012

Respectfully submitted,

PHILLIPS, ERLEWINE & GIVEN LLP

By:   /s/ Nicholas A. Carlin
         Nicholas A. Carlin
Attorneys for Plaintiffs
Tom Luce, Brian Kroll, Matt Blackett, Lawrence Riggs

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

- 2 -

CASE NO. CV12-2063 MMC
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT