1   DAVID R. EBERHART (S.B. #195474)
    deberhart@omm.com
2   DAVID J. SEPANIK (S.B. #221527)
    dsepanik@omm.com
3   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
4   San Francisco, CA  94111-3823
    Telephone:  (415) 984-8700
5   Facsimile:   (415) 984-8701

6

7   Attorneys for Defendant
    Apple Inc.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  TOM LUCE, BRIAN KROLL,            Case No.  CV12-2063 MMC
12  MATT BLACKETT, LAWRENCE
    RIGGS,                            **STIPULATION TO EXTEND TIME
13                                    TO RESPOND TO COMPLAINT BY
                 Plaintiffs,          30 DAYS (L.R. 6-1)**
14
         v.                           **Current response date: May 29, 2012**
15                                    **New response date: June 28, 2012**
    SELENA GOMEZ, SELENA
16  GOMEZ & THE SCENE, LINDY
    ROBBINS, TOBY GAD,
17  HOLLYWOOD RECORDS, INC., a
    California Corporation, HEY
18  KIDDO MUSIC, GAD SONGS,
    LLC, a Limited Liability Company,
19  APPLE INC., a California
    Corporation, EMI APRIL MUSIC,
20  INC., a Connecticut Corporation, and
    KOBALT MUSIC SERVICES
21  AMERICA, INC., a Delaware
    Corporation.
22
                 Defendants.
23

24

25

26

27

28
                                                   CASE NO. CV12-2063 MMC
                                            STIPULATION TO EXTEND TIME TO
                                            RESPOND TO INITIAL COMPLAINT

1          WHEREAS, Plaintiffs Tom Luce, Brian Kroll, Matt Blackett, and

2  Lawrence Riggs (Plaintiffs) filed this action against, among others, Defendant

3  Apple Inc., (Apple), and a response is currently due May 29, 2012 ;

4          WHEREAS, pursuant to Local Rule 6-1, the Plaintiffs and Apple have

5  agreed to extend the time within which Apple must answer or otherwise respond to

6  the Complaint for 30 days, until June 28, 2012;

7          WHEREAS, the Plaintiffs and Apple have not previously sought an

8  extension of time in this action and this extension will not alter the date of any

9  event or any deadline already fixed by Court order;

10          NOW, THEREFORE, Plaintiffs and Apple, through their respective

11  counsel, hereby stipulate as follows:

12          Defendant Apple Inc. in the above-entitled matter shall have until June

13  28, 2012, to answer or otherwise respond to the Complaint.

14

15  Dated:  May 25, 2012          Respectfully submitted,

16                        O'MELVENY & MYERS LLP

17

18                        By:   /s/ David R. Eberhart

19                            David R. Eberhart
                             Attorneys for Defendant

20                            Apple Inc.

21  Dated:  May 25, 2012          Respectfully submitted,

22                        PHILLIPS, ERLEWINE & GIVEN LLP

23

24                        By:   /s/ Nicholas A. Carlin

25                            Nicholas A. Carlin
                            Attorneys for Plaintiffs

26                            Tom Luce, Brian Kroll, Matt Blackett,
                            Lawrence Riggs

27

28

IT IS SO ORDERED

*Maxine M. Chesney*

Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -