1  Nicholas A. Carlin (SBN 112532)
   David M. Given (SBN 142375)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   50 California Street, 35th Floor
3  San Francisco, California  94111
   Email:  nac@phillaw.com
4          dmg@phillaw.com
   Telephone:  415-398-0900
5
   Elliot P. Cahn (SBN 99419)
6  LAW OFFICES OF ELLIOT CAHN
   1035 7th Street, Suite 1
7  Oakland, California  94607
   Email:  cahnman@aol.com
8  Telephone:  510-652-1615

9  ATTORNEYS FOR PLAINTIFFS

10 Karen N. Frederiksen (SBN 138405)
   500 South Buena Vista Street
11 Burbank, California  91521-6899
   Email: karen.n.frederiksen@disney.com
12 Telephone: 818-560-1644

13 ATTORNEY FOR DEFENDANT
   HOLLYWOOD RECORDS, INC.
14

15

16                UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

19 TOM LUCE, BRIAN KROLL, MATT          )  Case No.: CV 12 2063 LB
   BLACKETT, LAWRENCE RIGGS             )
20                                      )  STIPULATION TO EXTEND TIME TO
              Plaintiffs,               )  RESPOND TO INITIAL COMPLAINT
21                                      )
           v.                           )  Complaint Served: May 9, 2012
22                                      )  Current Response Date:  May 30, 2012
   SELENA GOMEZ, SELENA GOMEZ &         )  Proposed New Response Date:  July 2, 2012
23 THE SCENE, LINDY ROBBINS, TOBY       )
   GAD, HOLLYWOOD RECORDS, INC., a      )
24 California Corporation, HEY KIDDO MUSIC, )
   GAD SONGS, LLC, a Limited Liability  )
25 Company, APPLE, INC., a California   )

                                    1
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

1 | Corporation, EMI APRIL MUSIC, INC., a )
Connecticut Corporation, and KOBALT )
2 | MUSIC SERVICES AMERICA, INC., a )
Delaware Corporation )
3 | )
Defendants. )
4 |_____)

Plaintiffs Tom Luce, Brian Kroll, Matt Blackett and Lawrence Riggs ("plaintiffs") and

5  Hollywood Records, Inc. ("Hollywood Records") hereby stipulate through their respective

6  attorneys as follows:

7      WHEREAS on May 9, 2012, plaintiffs served the summons and complaint in this matter

8  upon Hollywood Records;

9
10     WHEREAS the plaintiffs and Hollywood Records have agreed to extend Hollywood

11 Records' time to respond to the Complaint to July 2, 2012;

12     NOW THEREFORE, the parties through their counsel of record stipulate to the

13 following:

14     IT IS HEREBY STIPULATED pursuant to Rule 4(d) of the Federal Rules of Civil

15 Procedure and Local Rule 6.1(a), the deadline for Hollywood Records to respond to the

16 complaint shall be and is hereby extended to July 2, 2012.

17

18 Dated: May 25, 2012        By:    /s/ Robyn Callahan
                                      Nicholas A. Carlin
19                                    Robyn Callahan
                                      Attorney for Plaintiffs
20

21

22 Dated: May 25, 2012        By: _____
                                      Karen N. Frederiksen
23                                    Attorney for Defendant
                                      Hollywood Records, Inc.
24
                                                    IT IS SO ORDERED
25
                                                    Judge Maxine M. Chesney

2
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT