1  Nicholas A. Carlin (SBN 112532)
   David M. Given (SBN 142375)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   50 California Street, 35th Floor
3  San Francisco, California 94111
   Email: nac@phillaw.com
4         dmg@phillaw.com
   Telephone: 415-398-0900
5
   Elliot P. Cahn (SBN 99419)
6  LAW OFFICES OF ELLIOT CAHN
   1035 7th Street, Suite 1
7  Oakland, California 94607
   Email: cahnman@aol.com
8  Telephone: 510-652-1615

9  ATTORNEYS FOR PLAINTIFFS

10 Karen N. Frederiksen (SBN 138405)
   500 South Buena Vista Street
11 Burbank, California 91521-6899
   Email: karen.n.frederiksen@disney.com
12 Telephone: 818-560-1644

13 ATTORNEY FOR DEFENDANT
   HOLLYWOOD RECORDS, INC.
14

15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| TOM LUCE, BRIAN KROLL, MATT BLACKETT, LAWRENCE RIGGS | Case No.: CV 12 2063 LB |
| Plaintiffs, | STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT |
| v. | Complaint Served: May 9, 2012<br>Current Response Date: May 30, 2012<br>Proposed New Response Date: July 2, 2012 |
| SELENA GOMEZ, SELENA GOMEZ & THE SCENE, LINDY ROBBINS, TOBY GAD, HOLLYWOOD RECORDS, INC., a California Corporation, HEY KIDDO MUSIC, GAD SONGS, LLC, a Limited Liability Company, APPLE, INC., a California | |

1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

| | |
|---|---|
| 1 | Corporation, EMI APRIL MUSIC, INC., a Connecticut Corporation, and KOBALT MUSIC SERVICES AMERICA, INC., a Delaware Corporation |
| 2 | |
| 3 | |
| 4 | Defendants. |

Plaintiffs Tom Luce, Brian Kroll, Matt Blackett and Lawrence Riggs ("plaintiffs") and Hollywood Records, Inc. ("Hollywood Records") hereby stipulate through their respective attorneys as follows:

WHEREAS on May 9, 2012, plaintiffs served the summons and complaint in this matter upon Hollywood Records;

WHEREAS the plaintiffs and Hollywood Records have agreed to extend Hollywood Records' time to respond to the Complaint to July 2, 2012;

NOW THEREFORE, the parties through their counsel of record stipulate to the following:

IT IS HEREBY STIPULATED pursuant to Rule 4(d) of the Federal Rules of Civil Procedure and Local Rule 6.1(a), the deadline for Hollywood Records to respond to the complaint shall be and is hereby extended to July 2, 2012.

Dated: May 25, 2012        By: ___/s/ Robyn Callahan___
                                Nicholas A. Carlin
                                Robyn Callahan
                                Attorney for Plaintiffs

Dated: May 25, 2012        By: _____
                                Karen N. Frederiksen
                                Attorney for Defendant
                                Hollywood Records, Inc.

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Maxine M. Chesney]

2
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT