1  Edwin F. McPherson --State Bar No. 106084
      emcpherson@mcphersonrane.com
2  Tracy B. Rane --State Bar No. 192959
      trane@mcphersonrane.com
3  **McPHERSON RANE LLP**
   1801 Century Park East
4  24th Floor
   Los Angeles, CA 90067
5  Tel:(310)553-8833
   Fax:(310)553-9233
6
   Attorneys for Defendants SELENA GOMEZ AND SELENA GOMEZ & THE SCENE
7
8              **UNITED STATES DISTRICT COURT**
9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10
11  TOM LUCE, BRIAN KROLL, MATT        )   CASE NO. CV 12-2063 MMC
    BLACKETT, LAWRENCE RIGGS,          )
12                                     )   **STIPULATION RE EXTENSION OF**
          Plaintiffs,                  )   **TIME TO RESPOND TO INITIAL**
13                                     )   **COMPLAINT BY NOT MORE**
       v.                              )   **THAN 30 DAYS L.R. 6.1**
14                                     )
    SELENA GOMEZ, SELENA GOMEZ &       )   **(N.D. Cal. Local Rule 6-1)**
15  THE SCENE, LINDY ROBBINS, TOBY     )
    GAD, HOLLYWOOD RECORDS, INC.,      )
16  a California Corporation, HEY KIDDO )
    MUSIC, GAD SONGS, LLC, a Limited   )
17  Liability Company, APPLE, INC., a  )
    California Corporation, EMI APRIL  )
18  MUSIC, INC., a Connecticut         )
    Corporation, and KOBALT MUSIC      )
19  SERVICES AMERICA, INC., a          )
    Delaware Corporation.              )
20                                     )
          Defendants.                  )
21  _____ )
22
23        This Stipulation, entered into by and between Plaintiffs TOM LUCE, BRIAN
24  KROLL, MATT BLACKETT, LAWRENCE RIGGS (hereinafter "Plaintiffs"), on the
25  one hand, and Defendants SELENA GOMEZ AND SELENA GOMEZ AND THE
26  SCENE (hereinafter "Defendants"), on the other hand, is based on the following facts:
27  ///
28  ///

– 1 –

1.      On or about April 25, 2012, Plaintiffs filed the Complaint in this action.

2.      On June 7, 2012, counsel for Defendants Selena Gomez and Selena Gomez & The Scene (which is not a legal entity) executed a Notice and Acknowledgment of Receipt of the Summons, Complaint, and related documents.  Pursuant to such signature, the deadline for Defendant Selena Gomez to file a response to the Complaint is June 28, 2012.

3.      Plaintiffs' counsel and counsel for other Defendants in this case who owe indemnity obligations to Defendant Gomez are in the process of attempting to settle this matter amicably.

BASED UPON THE FOREGOING FACTS, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, as follows:

1.      Defendant Gomez shall have up to and including July 27, 2012, to answer or otherwise respond to Plaintiffs Complaint;

2.      Nothing in this Stipulation shall be construed as a waiver or relinquishment of any party's rights, remedies, objections or defenses herein.  All of Defendants' rights,

///

///

///

///

///

///

///

///

///

///

///

///

///

–2–

1    remedies, objections and/or defenses are expressly reserved.

2

3    DATED: June 7, 2012                    Edwin F. McPherson
                                            Tracy B. Rane
4                                           **McPHERSON RANE LLP**

5

6                                           By:_____
                                               EDWIN F. McPHERSON
7                                              Attorneys for Defendants
                                               SELENA GOMEZ and SELENA
8                                              GOMEZ & THE SCENE

9

10   DATED: June 8, 2012                    Nicholas A. Carlin
                                            Robyn Callahan
11                                          **PHILLIPS, ERLEWINE
                                              & GIVEN LLP**

12

13

14                                          By:_____
                                               NICHOLAS A. CARLIN
15                                             Attorneys for Plaintiffs
                                               TOM LUCE, BRIAN KROLL,
16                                             MATT BLACKETT,
                                               LAWRENCE RIGGS

17

18

19

20

21

22                         IT IS SO ORDERED

23                         Maxine M. Chesney

24                         Judge Maxine M. Chesney

25

26

27

28

−3−