DURIE TANGRI LLP
MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
JOHANNA CALABRIA (SBN 226222)
jcalabria@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
LINDY ROBBINS dba
HEY KIDDO MUSIC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM LUCE, BRIAN KROLL, MATT BLACKETT, LAWRENCE RIGGS,<br><br>                    Plaintiffs,<br><br>    v.<br><br>SELENA GOMEZ, SELENA GOMEZ & THE SCENE, LINDY ROBBINS, TOBY GAD, HOLLYWOOD RECORDS, INC., a California Corporation, HEY KIDDO MUSIC, GAD SONGS, LLC, a Limited Liability Company, APPLE, INC., a California Corporation, EMI APRIL MUSIC, INC., a Connecticut Corporation, and KOBALT MUSIC SERVICES AMERICA, INC., a Delaware Corporation.<br><br>                    Defendants. | Case No. 3:12-cv-02063-MMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 30 DAYS (L.R. 6-1)**<br><br>**Current response date: June 19, 2012**<br>**New response date: July 19, 2012**<br><br><br>**JURY TRIAL DEMANDED**<br><br>Ctrm:   7, 19th Floor<br>Judge:  Maxine M. Chesney |

WHEREAS, Plaintiffs Tom Luce, Brian Kroll, Matt Blackett, and Lawrence Riggs ("Plaintiffs") filed this action against, among others, Defendants Lindy Robbins dba Hey Kiddo ("Robbins"), and Toby Gad and Gad Songs, LLC (collectively "Gad");

WHEREAS Robbins' and Gad's response to the complaint is currently due June 19, 2012;

WHEREAS, pursuant to Local Rule 6-1, the Plaintiffs, Robbins and Gad have agreed to extend the time within which Robbins and Gad must answer or otherwise respond to the Complaint for 30 days, until July 19, 2012;

WHEREAS, the Plaintiffs, Robbins and Gad have not previously sought an extension of time in this action and this extension will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, Plaintiffs, Robbins and Gad, through their respective counsel, hereby stipulate as follows:

Defendants Robbins and Gad in the above-entitled matter shall have until July 19, 2012, to answer or otherwise respond to the Complaint.

Dated: June 19, 2012

Respectfully submitted,

PHILLIPS, ERLEWINE & GIVEN LLP

By: _____/s/ Nicholas A. Carlin_____
Nicholas A. Carlin

Attorneys for Plaintiffs
TOM LUCE, BRIAN KROLL, MATT BLACKETT, LAWRENCE RIGGS

| | |
|---|---|
| Dated: June 19, 2012 | DURIE TANGRI LLP |
| | By: _____/s/Johanna Calabria_____<br>MICHAEL H. PAGE<br>JOHANNA CALABRIA<br>EUGENE NOVIKOV |
| | Attorneys for Defendant<br>LINDY ROBBINS dba HEY KIDDO MUSIC |
| Dated: June 19, 2012 | RITHOLZ, LEVY, SANDERS, CHIDEKEL & FIELDS LLP |
| | By: _____/s/Matt Greenberg_____<br>MATT GREENBERG |
| | Attorneys for Defendants<br>TOBY GAD and GAD SONGS, LLC |

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Johanna Calabria, attest that concurrence in the filing of this document has been obtained.

| | |
|---|---|
| Dated: June 19, 2012 | By: _____/s/Johanna Calabria_____<br>JOHANNA CALABRIA |

### [~~PROPOSED~~] ORDER

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: June 20, 2012

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE