1  DURIE TANGRI LLP
   MICHAEL H. PAGE (SBN 154913)
2  mpage@durietangri.com
   JOHANNA CALABRIA (SBN 226222)
3  jcalabria@durietangri.com
   EUGENE NOVIKOV (SBN 257849)
4  enovikov@durietangri.com
   217 Leidesdorff Street
5  San Francisco, CA  94111
   Telephone:   415-362-6666
6  Facsimile:    415-236-6300

7  Attorneys for Defendant
   LINDY ROBBINS dba
8  HEY KIDDO MUSIC

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13  TOM LUCE, BRIAN KROLL, MATT          | Case No. 3:12-cv-02063-MMC
    BLACKETT, LAWRENCE RIGGS,
14                                        | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 30 DAYS (L.R. 6-1)**
                    Plaintiffs,
15                                        | **Current response date: June 19, 2012**
        v.                                | **New response date: July 19, 2012**
16
    SELENA GOMEZ, SELENA GOMEZ &
17  THE SCENE, LINDY ROBBINS, TOBY
    GAD, HOLLYWOOD RECORDS, INC., a
18  California Corporation, HEY KIDDO
    MUSIC, GAD SONGS, LLC, a Limited
19  Liability Company, APPLE, INC., a
    California Corporation, EMI APRIL MUSIC,
20  INC., a Connecticut Corporation, and     | **JURY TRIAL DEMANDED**
    KOBALT MUSIC SERVICES AMERICA,
21  INC., a Delaware Corporation.            | Ctrm:   7, 19th Floor
                                             | Judge:  Maxine M. Chesney
22                  Defendants.

23
24
25
26
27
28

---
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 30 DAYS (L.R. 6-1)
CASE NO. 3:12-CV-62063-MMC

1  WHEREAS, Plaintiffs Tom Luce, Brian Kroll, Matt Blackett, and Lawrence Riggs ("Plaintiffs") filed this action against, among others, Defendants Lindy Robbins dba Hey Kiddo ("Robbins"), and Toby Gad and Gad Songs, LLC (collectively "Gad");

WHEREAS Robbins' and Gad's response to the complaint is currently due June 19, 2012;

WHEREAS, pursuant to Local Rule 6-1, the Plaintiffs, Robbins and Gad have agreed to extend the time within which Robbins and Gad must answer or otherwise respond to the Complaint for 30 days, until July 19, 2012;

WHEREAS, the Plaintiffs, Robbins and Gad have not previously sought an extension of time in this action and this extension will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, Plaintiffs, Robbins and Gad, through their respective counsel, hereby stipulate as follows:

Defendants Robbins and Gad in the above-entitled matter shall have until July 19, 2012, to answer or otherwise respond to the Complaint.

Dated:  June 19, 2012

Respectfully submitted,

PHILLIPS, ERLEWINE & GIVEN LLP

By: _____*/s/ Nicholas A. Carlin*_____
       Nicholas A. Carlin

Attorneys for Plaintiffs
TOM LUCE, BRIAN KROLL, MATT BLACKETT, LAWRENCE RIGGS

| | |
|---|---|
| Dated: June 19, 2012 | DURIE TANGRI LLP |
| | By:     */s/Johanna Calabria* <br> MICHAEL H. PAGE <br> JOHANNA CALABRIA <br> EUGENE NOVIKOV |
| | Attorneys for Defendant <br> LINDY ROBBINS dba HEY KIDDO MUSIC |
| Dated: June 19, 2012 | RITHOLZ, LEVY, SANDERS, CHIDEKEL & FIELDS LLP |
| | By:     */s/Matt Greenberg* <br> MATT GREENBERG |
| | Attorneys for Defendants <br> TOBY GAD and GAD SONGS, LLC |

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Johanna Calabria, attest that concurrence in the filing of this document has been obtained.

| | |
|---|---|
| Dated: June 19, 2012 | By:     */s/Johanna Calabria* <br> JOHANNA CALABRIA |

### [~~PROPOSED~~] ORDER

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: June 20, 2012

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

---

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 30 DAYS (L.R. 6-1)
CASE NO. 3:12-CV-62063-MMC