| | |
|---|---|
| 1 | DAVID R. EBERHART (S.B. #195474) |
|   | deberhart@omm.com |
| 2 | DAVID J. SEPANIK (S.B. #221527) |
|   | dsepanik@omm.com |
| 3 | O'MELVENY & MYERS LLP |
|   | Two Embarcadero Center, 28th Floor |
| 4 | San Francisco, CA  94111-3823 |
|   | Telephone:    (415) 984-8700 |
| 5 | Facsimile:     (415) 984-8701 |

Attorneys for Defendant
Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| TOM LUCE, BRIAN KROLL, MATT BLACKETT, LAWRENCE RIGGS, | Case No.  CV12-2063 MMC |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 30 DAYS (L.R. 6-1)** |
| v. | Original response date: May 29, 2012 |
| SELENA GOMEZ, SELENA GOMEZ & THE SCENE, LINDY ROBBINS, TOBY GAD, HOLLYWOOD RECORDS, INC., a California Corporation, HEY KIDDO MUSIC, GAD SONGS, LLC, a Limited Liability Company, APPLE INC., a California Corporation, EMI APRIL MUSIC, INC., a Connecticut Corporation, and KOBALT MUSIC SERVICES AMERICA, INC., a Delaware Corporation. | Current response date: June 28, 2012 |
| | New response date:  July 27, 2012 |
| Defendants. | |

1    WHEREAS, Plaintiffs Tom Luce, Brian Kroll, Matt Blackett, and Lawrence Riggs (Plaintiffs) filed this action against, among others, Defendants Apple Inc., (Apple) and Hollywood Records, Inc. (Hollywood Records), and a response was originally due May 29, 2012;

WHEREAS, on May 25, 2012, pursuant to Local Rule 6-1, the Plaintiffs and Apple agreed to extend the time within which Apple must answer or otherwise respond to the Complaint until June 28, 2012;

WHEREAS, on May 29, 2012, pursuant to Local Rule 6-1, the Plaintiffs and Hollywood Records agreed to extend the time within which Hollywood Records must answer or otherwise respond to the Complaint until July 2, 2012;

WHEREAS, pursuant to Local Rule 6-1, the Plaintiffs and Apple, and Plaintiffs and Hollywood Records, have respectively agreed to extend the time within which Apple and Hollywood Records must answer or otherwise respond to the Complaint until July 27, 2012. This extension will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, Plaintiffs, Apple, and Hollywood Records, through their respective counsel, hereby stipulate as follows:

Defendant Apple Inc. and Defendant Hollywood Records, Inc. in the above-entitled matter shall have until July 27, 2012, to answer or otherwise respond to the Complaint.


| | | |
|---|---|---|
| 1 | Dated:  June 26, 2012 | Respectfully submitted, |
| 2 | | O'MELVENY & MYERS LLP |
| 4 | | By:   /s/ David R. Eberhart |
| 5 | | David R. Eberhart<br>Attorneys for Defendant<br>Apple Inc. |
| 7 | Dated:  June 26, 2012 | Respectfully submitted, |
| 8 | | PHILLIPS, ERLEWINE & GIVEN LLP |
| 10 | | By:   /s/ Nicholas A. Carlin |
| 11 | | Nicholas A. Carlin<br>Attorneys for Plaintiffs<br>Tom Luce, Brian Kroll, Matt Blackett,<br>Lawrence Riggs |
| 13 | Dated:  June 26, 2012 | Respectfully submitted, |
| 16 | | By:   /s/ Karen N. Frederiksen |
| 17 | | Karen N. Frederiksen<br>Attorney for Defendant<br>Hollywood Records, Inc. |

## **ATTESTATION**

Pursuant to General Order No. 45X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

DATED: June 26, 2012               By: */s/ David R. Eberhart*
                                           David R. Eberhart

**~~PROPOSED~~ ORDER**

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

DATED: June 27, 2012

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

- 4 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
CASE NO. CV12-2063 MMC