| | |
|---|---|
| 1 | DAVID R. EBERHART (S.B. #195474) |
|   | deberhart@omm.com |
| 2 | DAVID J. SEPANIK (S.B. #221527) |
|   | dsepanik@omm.com |
| 3 | O'MELVENY & MYERS LLP |
|   | Two Embarcadero Center, 28th Floor |
| 4 | San Francisco, CA  94111-3823 |
|   | Telephone:     (415) 984-8700 |
| 5 | Facsimile:     (415) 984-8701 |

Attorneys for Defendant
Apple Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM LUCE, BRIAN KROLL, MATT BLACKETT, LAWRENCE RIGGS, | Case No.  CV12-2063 MMC |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 30 DAYS (L.R. 6-1)** |
| v. | **Original response date: May 29, 2012** |
| SELENA GOMEZ, SELENA GOMEZ & THE SCENE, LINDY ROBBINS, TOBY GAD, HOLLYWOOD RECORDS, INC., a California Corporation, HEY KIDDO MUSIC, GAD SONGS, LLC, a Limited Liability Company, APPLE INC., a California Corporation, EMI APRIL MUSIC, INC., a Connecticut Corporation, and KOBALT MUSIC SERVICES AMERICA, INC., a Delaware Corporation. | **Current response date: June 28, 2012** |
|  | **New response date:  July 27, 2012** |
| Defendants. | |

1   WHEREAS, Plaintiffs Tom Luce, Brian Kroll, Matt Blackett, and Lawrence Riggs
2  (Plaintiffs) filed this action against, among others, Defendants Apple Inc., (Apple) and
3  Hollywood Records, Inc. (Hollywood Records), and a response was originally due May 29, 2012;
4   WHEREAS, on May 25, 2012, pursuant to Local Rule 6-1, the Plaintiffs and
5  Apple agreed to extend the time within which Apple must answer or otherwise respond to the
6  Complaint until June 28, 2012;
7   WHEREAS, on May 29, 2012, pursuant to Local Rule 6-1, the Plaintiffs and
8  Hollywood Records agreed to extend the time within which Hollywood Records must answer or
9  otherwise respond to the Complaint until July 2, 2012;
10   WHEREAS, pursuant to Local Rule 6-1, the Plaintiffs and Apple, and Plaintiffs
11  and Hollywood Records, have respectively agreed to extend the time within which Apple and
12  Hollywood Records must answer or otherwise respond to the Complaint until July 27, 2012.  This
13  extension will not alter the date of any event or any deadline already fixed by Court order;
14   NOW, THEREFORE, Plaintiffs, Apple, and Hollywood Records, through their
15  respective counsel, hereby stipulate as follows:
16   Defendant Apple Inc. and Defendant Hollywood Records, Inc. in the above-
17  entitled matter shall have until July 27, 2012, to answer or otherwise respond to the Complaint.

| | | |
|---|---|---|
| 1 | Dated: June 26, 2012 | Respectfully submitted, |
| 2 | | O'MELVENY & MYERS LLP |

By:   /s/ David R. Eberhart
        David R. Eberhart
Attorneys for Defendant
Apple Inc.

Dated: June 26, 2012                    Respectfully submitted,

PHILLIPS, ERLEWINE & GIVEN LLP

By:   /s/ Nicholas A. Carlin
        Nicholas A. Carlin
Attorneys for Plaintiffs
Tom Luce, Brian Kroll, Matt Blackett,
Lawrence Riggs

Dated: June 26, 2012                    Respectfully submitted,

By:   /s/ Karen N. Frederiksen
        Karen N. Frederiksen
Attorney for Defendant
Hollywood Records, Inc.

## **ATTESTATION**

Pursuant to General Order No. 45X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

DATED: June 26, 2012                    By: /s/ *David R. Eberhart*
                                                David R. Eberhart

1 **~~PROPOSED~~ ORD~~E~~ER**

2   Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

3

4

DATED: June 27, 2012

5                                                     _____
   HON. MAXINE M. CHESNEY
6  UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -               STIPULATION TO EXTEND TIME TO
                    RESPOND TO INITIAL COMPLAINT
                    CASE NO. CV12-2063 MMC