Edwin F. McPherson --State Bar No. 106084
  emcpherson@mcphersonrane.com
Tracy B. Rane --State Bar No. 192959
  trane@mcphersonrane.com
**McPHERSON RANE LLP**
1801 Century Park East
24th Floor
Los Angeles, CA 90067
Tel:(310)553-8833
Fax:(310)553-9233

Attorneys for Defendants SELENA GOMEZ AND SELENA GOMEZ & THE SCENE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM LUCE, BRIAN KROLL, MATT BLACKETT, LAWRENCE RIGGS,<br><br>  Plaintiffs,<br><br>  v.<br><br>SELENA GOMEZ, SELENA GOMEZ & THE SCENE, LINDY ROBBINS, TOBY GAD, HOLLYWOOD RECORDS, INC., a California Corporation, HEY KIDDO MUSIC, GAD SONGS, LLC, a Limited Liability Company, APPLE, INC., a California Corporation, EMI APRIL MUSIC, INC., a Connecticut Corporation, and KOBALT MUSIC SERVICES AMERICA, INC., a Delaware Corporation.<br><br>  Defendants. | CASE NO. CV 12-2063 MMC<br><br>**STIPULATION RE EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY ADDITIONAL 30 DAYS**<br><br>(N.D. Cal. Local Rule 6-1) |

This Stipulation, entered into by and between Plaintiffs TOM LUCE, BRIAN KROLL, MATT BLACKETT, LAWRENCE RIGGS (hereinafter "Plaintiffs"), on the one hand, and Defendants SELENA GOMEZ AND SELENA GOMEZ AND THE SCENE, on the other hand, is based on the following facts:

///

///

1. On or about April 25, 2012, Plaintiffs filed the Complaint in this action.

2. On June 7, 2012, counsel for Defendants Selena Gomez and Selena Gomez & The Scene (which is not a legal entity) executed a Notice and Acknowledgment of Receipt of the Summons, Complaint, and related documents. Pursuant to such signature, the deadline for Defendant Selena Gomez to file a response to the Complaint was June 28, 2012.

3. Because Plaintiffs' counsel and counsel for other Defendants in this case who owe indemnity obligations to Defendant Gomez were in the process of attempting to settle this matter amicably, on June 8, 2012, Plaintiffs and Defendant Gomez filed a Stipulation to extend the time by which Defendant Gomez had to respond to Plaintiffs' Complaint from June 28, 2012, until July 27, 2012.

4. Plaintiffs' counsel and counsel for other Defendants in this case are still in the process of attempting to settle this matter amicably. Accordingly, a further extension of time by which Defendant Gomez must respond to Plaintiffs' Complaint is needed.

BASED UPON THE FOREGOING FACTS, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, as follows:

1. Defendant Gomez shall have up to and including August 10, 2012, to answer or otherwise respond to Plaintiffs Complaint;

2. Nothing in this Stipulation shall be construed as a waiver or relinquishment of any party's rights, remedies, objections or defenses herein. All of Defendants' rights,

///
///
///
///
///
///
///
///

1  remedies, objections and/or defenses are expressly reserved.
2
3  DATED: July 23, 2012                Edwin F. McPherson
                                       Tracy B. Rane
4                                      **McPHERSON RANE LLP**
5
6                                      By: /s/Edwin F. McPherson
                                           EDWIN F. McPHERSON
7                                          Attorneys for Defendants
                                           SELENA GOMEZ and SELENA
8                                          GOMEZ & THE SCENE
9
10 DATED: July 23, 2012                Nicholas A. Carlin
                                       Robyn Callahan
11                                     **PHILLIPS, ERLEWINE**
                                       **& GIVEN LLP**
12
13
14                                     By:/s/Edwin F. McPherson
                                           NICHOLAS A. CARLIN
15                                         Attorneys for Plaintiffs
                                           TOM LUCE, BRIAN KROLL,
                                           MATT BLACKETT,
16                                         LAWRENCE RIGGS
17
18
19
20        IT IS SO ORDERED
21        [signature]
22        Judge Maxine M. Chesney
23
24
25
26
27
28