1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  DAVID J. SEPANIK (S.B. #221527)
   dsepanik@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA 94111-3823
   Telephone:   (415) 984-8700
5  Facsimile:   (415) 984-8701

6

7  Attorneys for Defendant
   Apple Inc.

8

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13 | TOM LUCE, BRIAN KROLL, MATT BLACKETT, LAWRENCE RIGGS, | Case No. CV12-2063 MMC |
|---|---|
|    |    |
|    Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
|    v. | Original response date: May 29, 2012 |
|    | Current response date: July 27, 2012 |
| SELENA GOMEZ, SELENA GOMEZ & THE SCENE, LINDY ROBBINS, TOBY GAD, HOLLYWOOD RECORDS, INC., a California Corporation, HEY KIDDO MUSIC, GAD SONGS, LLC, a Limited Liability Company, APPLE INC., a California Corporation, EMI APRIL MUSIC, INC., a Connecticut Corporation, and KOBALT MUSIC SERVICES AMERICA, INC., a Delaware Corporation. | New response date: August 10, 2012 |
|    Defendants. |    |

CASE NO. CV12-2063 MMC
STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT

1  WHEREAS, Plaintiffs Tom Luce, Brian Kroll, Matt Blackett, and Lawrence Riggs (Plaintiffs) filed this action against, among others, Defendants Apple Inc., (Apple) and Hollywood Records, Inc. (Hollywood Records), and a response was originally due May 29, 2012;

WHEREAS, on May 25, 2012, pursuant to Local Rule 6-1, the Plaintiffs and Apple agreed to extend the time within which Apple must answer or otherwise respond to the Complaint until June 28, 2012;

WHEREAS, on May 29, 2012, pursuant to Local Rule 6-1, the Plaintiffs and Hollywood Records agreed to extend the time within which Hollywood Records must answer or otherwise respond to the Complaint until July 2, 2012;

WHEREAS, on June 26, 2012, pursuant to Local Rule 6-1, the Plaintiffs and Apple, and the Plaintiffs and Hollywood Records, agreed to extend the time within which Apple and Hollywood Records must answer or otherwise respond to the Complaint until July 27, 2012;

WHEREAS, pursuant to Local Rule 6-1, the Plaintiffs and Apple, and the Plaintiffs and Hollywood Records, have respectively agreed to extend the time within which Apple and Hollywood Records must answer or otherwise respond to the Complaint until August 10, 2012 so that the parties can continue their attempt to resolve this matter outside of the courtroom.  This extension will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, Plaintiffs, Apple, and Hollywood Records, through their respective counsel, hereby stipulate as follows:

Defendant Apple Inc. and Defendant Hollywood Records, Inc. in the above-entitled matter shall have until August 10, 2012, to answer or otherwise respond to the Complaint.

| | | |
|---|---|---|
| 1 | Dated:  July 25, 2012 | Respectfully submitted, |
| 2 | | O'MELVENY & MYERS LLP |

By:   /s/ *David R. Eberhart*
   David R. Eberhart
Attorneys for Defendant
Apple Inc.

Dated:  July 25, 2012          Respectfully submitted,

PHILLIPS, ERLEWINE & GIVEN LLP

By:   /s/ *Nicholas A. Carlin*
   Nicholas A. Carlin
Attorneys for Plaintiffs
Tom Luce, Brian Kroll, Matt Blackett,
Lawrence Riggs

Dated:  July 25, 2012          Respectfully submitted,

By:   /s/ *Karen N. Frederiksen*
   Karen N. Frederiksen
Attorney for Defendant
Hollywood Records, Inc.

### **ATTESTATION**

Pursuant to General Order No. 45X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

DATED: July 25, 2012          By: /s/ *David R. Eberhart*
   David R. Eberhart

- 3 -    CASE NO. CV12-2063 MMC
STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT

**PROPOSED ORDEER**

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

DATED: July 26, 2012

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

- 4 -

CASE NO. CV12-2063 MMC
STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT