1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  DAVID J. SEPANIK (S.B. #221527)
   dsepanik@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA  94111-3823
   Telephone:    (415) 984-8700
5  Facsimile:    (415) 984-8701

6

7  Attorneys for Defendant
   Apple Inc.

8

9
                  UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12

13  TOM LUCE, BRIAN KROLL, MATT            Case No.  CV12-2063 MMC
    BLACKETT, LAWRENCE RIGGS,
14                                         **STIPULATION TO EXTEND TIME TO
                Plaintiffs,                RESPOND TO COMPLAINT**
15
            v.                             Original response date: May 29, 2012
16                                         Current response date: July 27, 2012
    SELENA GOMEZ, SELENA GOMEZ &            New response date:  August 10, 2012
17  THE SCENE, LINDY ROBBINS, TOBY
    GAD, HOLLYWOOD RECORDS, INC., a
18  California Corporation, HEY KIDDO
    MUSIC, GAD SONGS, LLC, a Limited
19  Liability Company, APPLE INC., a
    California Corporation, EMI APRIL
20  MUSIC, INC., a Connecticut Corporation,
    and KOBALT MUSIC SERVICES
21  AMERICA, INC., a Delaware Corporation.

22              Defendants.

23

24

25

26

27

28
                                                 CASE NO. CV12-2063 MMC
                                                 STIPULATION TO EXTEND TIME TO
                                                 RESPOND TO INITIAL COMPLAINT

1   WHEREAS, Plaintiffs Tom Luce, Brian Kroll, Matt Blackett, and Lawrence Riggs
2   (Plaintiffs) filed this action against, among others, Defendants Apple Inc., (Apple) and
3   Hollywood Records, Inc. (Hollywood Records), and a response was originally due May 29, 2012;
4   WHEREAS, on May 25, 2012, pursuant to Local Rule 6-1, the Plaintiffs and
5   Apple agreed to extend the time within which Apple must answer or otherwise respond to the
6   Complaint until June 28, 2012;
7   WHEREAS, on May 29, 2012, pursuant to Local Rule 6-1, the Plaintiffs and
8   Hollywood Records agreed to extend the time within which Hollywood Records must answer or
9   otherwise respond to the Complaint until July 2, 2012;
10  WHEREAS, on June 26, 2012, pursuant to Local Rule 6-1, the Plaintiffs and
11  Apple, and the Plaintiffs and Hollywood Records, agreed to extend the time within which Apple
12  and Hollywood Records must answer or otherwise respond to the Complaint until July 27, 2012;
13  WHEREAS, pursuant to Local Rule 6-1, the Plaintiffs and Apple, and the
14  Plaintiffs and Hollywood Records, have respectively agreed to extend the time within which
15  Apple and Hollywood Records must answer or otherwise respond to the Complaint until August
16  10, 2012 so that the parties can continue their attempt to resolve this matter outside of the
17  courtroom.  This extension will not alter the date of any event or any deadline already fixed by
18  Court order;
19  NOW, THEREFORE, Plaintiffs, Apple, and Hollywood Records, through their
20  respective counsel, hereby stipulate as follows:
21  Defendant Apple Inc. and Defendant Hollywood Records, Inc. in the above-
22  entitled matter shall have until August 10, 2012, to answer or otherwise respond to the Complaint.
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: July 25, 2012 | Respectfully submitted, |
| 2 | | O'MELVENY & MYERS LLP |

By:  /s/ *David R. Eberhart*
      David R. Eberhart
Attorneys for Defendant
Apple Inc.

Dated: July 25, 2012         Respectfully submitted,

PHILLIPS, ERLEWINE & GIVEN LLP

By:  /s/ *Nicholas A. Carlin*
      Nicholas A. Carlin
Attorneys for Plaintiffs
Tom Luce, Brian Kroll, Matt Blackett,
Lawrence Riggs

Dated: July 25, 2012         Respectfully submitted,

By:  /s/ *Karen N. Frederiksen*
      Karen N. Frederiksen
Attorney for Defendant
Hollywood Records, Inc.

### **ATTESTATION**

Pursuant to General Order No. 45X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

DATED: July 25, 2012         By: /s/ *David R. Eberhart*
      David R. Eberhart

**PROPOSED ORDEER**

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

DATED: July 26, 2012

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE