```
 1 | Edwin F. McPherson --State Bar No. 106084
   |   emcpherson@mcphersonrane.com
 2 | Tracy B. Rane --State Bar No. 192959
   |   trane@mcphersonrane.com
 3 | McPHERSON RANE LLP
   | 1801 Century Park East
 4 | 24th Floor
   | Los Angeles, CA 90067
 5 | Tel:(310)553-8833
   | Fax:(310)553-9233
 6 |
 7 | Attorneys for Defendants SELENA GOMEZ AND SELENA GOMEZ & THE SCENE
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| TOM LUCE, BRIAN KROLL, MATT BLACKETT, LAWRENCE RIGGS, | CASE NO. CV 12-2063 MMC |
|---|---|
| Plaintiffs, | **STIPULATION RE EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY ADDITIONAL 30 DAYS** |
| v. | |
| SELENA GOMEZ, SELENA GOMEZ & THE SCENE, LINDY ROBBINS, TOBY GAD, HOLLYWOOD RECORDS, INC., a California Corporation, HEY KIDDO MUSIC, GAD SONGS, LLC, a Limited Liability Company, APPLE, INC., a California Corporation, EMI APRIL MUSIC, INC., a Connecticut Corporation, and KOBALT MUSIC SERVICES AMERICA, INC., a Delaware Corporation. | (N.D. Cal. Local Rule 6-1) |
| Defendants. | |

This Stipulation, entered into by and between Plaintiffs TOM LUCE, BRIAN KROLL, MATT BLACKETT, and LAWRENCE RIGGS (hereinafter "Plaintiffs"), on the one hand, and Defendants SELENA GOMEZ and SELENA GOMEZ AND THE SCENE, on the other hand, is based on the following facts:

///

///

1.    On or about April 25, 2012, Plaintiffs filed the Complaint in this action.

2.    On June 7, 2012, counsel for Defendants Selena Gomez and Selena Gomez & The Scene (which is not a legal entity) executed a Notice and Acknowledgment of Receipt of the Summons, Complaint, and related documents. Pursuant to such signature, the deadline for Defendant Selena Gomez to file a response to the Complaint was initially June 28, 2012.

3.    Because Plaintiffs' counsel and counsel for other Defendants in this case who owe indemnity obligations to Defendant Gomez were in the process of attempting to settle this matter amicably, Plaintiffs and Defendant Gomez have filed Stipulations to extend the time by which Defendant Gomez had to respond to Plaintiffs' Complaint. Pursuant to the latest Stipulation, the response of Defendant Gomez is currently due on August 10, 2012.

4.    Plaintiffs' counsel and counsel for other Defendants in this case are still in the process of attempting to settle this matter amicably. Defendant Gomez has been informed that the parties have nearly finalized a settlement. However, because the settlement will likely not be finalized by August 10, 2012, a further extension of time by which Defendant Gomez must respond to Plaintiffs' Complaint is needed.

BASED UPON THE FOREGOING FACTS, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, as follows:

1.    Defendant Gomez shall have up to and including September 10, 2012, to answer or otherwise respond to Plaintiffs Complaint;

2.    Nothing in this Stipulation shall be construed as a waiver or relinquishment of any party's rights, remedies, objections or defenses herein. All of Defendants' rights,

///
///
///
///
///

1 | remedies, objections and/or defenses are expressly reserved.
2 |
3 | DATED: August 8, 2012   Edwin F. McPherson
4 |   Tracy B. Rane
    **McPHERSON RANE LLP**
5 |
6 | By:/s/Edwin F. McPherson
7 |   EDWIN F. McPHERSON
    Attorneys for Defendants
    SELENA GOMEZ and SELENA
8 |   GOMEZ & THE SCENE
9 |
10 | DATED: August 8, 2012   Nicholas A. Carlin
    Robyn Callahan
11 |   **PHILLIPS, ERLEWINE
    & GIVEN LLP**
12 |
13 |
14 | By:/s/Nicholas A. Carlin
    NICHOLAS A. CARLIN
    Attorneys for Plaintiffs
15 |   TOM LUCE, BRIAN KROLL,
    MATT BLACKETT,
16 |   LAWRENCE RIGGS

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Maxine M. Chesney, Judge Maxine M. Chesney]*