1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  DAVID J. SEPANIK (S.B. #221527)
   dsepanik@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA  94111-3823
   Telephone:    (415) 984-8700
5  Facsimile:    (415) 984-8701

6

7  Attorneys for Defendant
   Apple Inc.
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13  TOM LUCE, BRIAN KROLL, MATT          Case No.  CV12-2063 MMC
    BLACKETT, LAWRENCE RIGGS,
14                                       **STIPULATION TO EXTEND TIME TO
                 Plaintiffs,             RESPOND TO COMPLAINT**
15
         v.                              Original response date: May 29, 2012
                                         Current response date: August 10, 2012
16  SELENA GOMEZ, SELENA GOMEZ &         New response date:  September 3, 2012
    THE SCENE, LINDY ROBBINS, TOBY
17  GAD, HOLLYWOOD RECORDS, INC., a
    California Corporation, HEY KIDDO
18  MUSIC, GAD SONGS, LLC, a Limited
    Liability Company, APPLE INC., a
19  California Corporation, EMI APRIL
    MUSIC, INC., a Connecticut Corporation,
20  and KOBALT MUSIC SERVICES
    AMERICA, INC., a Delaware Corporation.
21
                 Defendants.
22

23

24

25

26

27

28
                                                   CASE NO. CV12-2063 MMC
                                              STIPULATION TO EXTEND TIME TO
                                              RESPOND TO INITIAL COMPLAINT

1    WHEREAS, Plaintiffs Tom Luce, Brian Kroll, Matt Blackett, and Lawrence Riggs
2    (Plaintiffs) filed this action against, among others, Defendants Apple Inc., (Apple) and
3    Hollywood Records, Inc. (Hollywood Records), and a response was originally due May 29, 2012;
4    WHEREAS, on May 25, 2012, pursuant to Local Rule 6-1, the Plaintiffs and
5    Apple agreed to extend the time within which Apple must answer or otherwise respond to the
6    Complaint until June 28, 2012;
7    WHEREAS, on May 29, 2012, pursuant to Local Rule 6-1, the Plaintiffs and
8    Hollywood Records agreed to extend the time within which Hollywood Records must answer or
9    otherwise respond to the Complaint until July 2, 2012;
10   WHEREAS, on June 26, 2012, pursuant to Local Rule 6-1, the Plaintiffs and
11   Apple, and the Plaintiffs and Hollywood Records, agreed to extend the time within which Apple
12   and Hollywood Records must answer or otherwise respond to the Complaint until July 27, 2012;
13   WHEREAS, on July 25, 2012, pursuant to Local Rule 6-1, the Plaintiffs and
14   Apple, and the Plaintiffs and Hollywood Records, agreed to extend the time within which Apple
15   and Hollywood Records must answer or otherwise respond to the Complaint until August 10,
16   2012;
17   WHEREAS, pursuant to Local Rule 6-1, the Plaintiffs and Apple, and the
18   Plaintiffs and Hollywood Records, have respectively agreed to extend the time within which
19   Apple and Hollywood Records must answer or otherwise respond to the Complaint until
20   September 3, 2012 so that the parties may attempt to complete a resolution of this matter.  This
21   extension will not alter the date of any event or any deadline already fixed by Court order;
22   NOW, THEREFORE, Plaintiffs, Apple, and Hollywood Records, through their
23   respective counsel, hereby stipulate as follows:
24   Defendant Apple Inc. and Defendant Hollywood Records, Inc. in the above-
25   entitled matter shall have until September 3, 2012, to answer or otherwise respond to the
26   Complaint.
27
28

| | | |
|---|---|---|
| 1 | Dated: August 9, 2012 | Respectfully submitted, |
| 2 | | O'MELVENY & MYERS LLP |

By: /s/ *David R. Eberhart*
David R. Eberhart
Attorneys for Defendant
Apple Inc.

Dated: August 9, 2012                    Respectfully submitted,

PHILLIPS, ERLEWINE & GIVEN LLP

By: /s/ *Nicholas A. Carlin*
Nicholas A. Carlin
Attorneys for Plaintiffs
Tom Luce, Brian Kroll, Matt Blackett,
Lawrence Riggs

Dated: August 9, 2012                    Respectfully submitted,

By: /s/ *Karen N. Frederiksen*
Karen N. Frederiksen
Attorney for Defendant
Hollywood Records, Inc.

## **ATTESTATION**

Pursuant to General Order No. 45X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

DATED: August 9, 2012                    By: /s/ *David R. Eberhart*
David R. Eberhart

- 3 -                    CASE NO. CV12-2063 MMC
STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT

1  **~~PROPOSED~~ ORDEER**

2  Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

3

4

5  DATED: August 10, 2012                    _____
                                             HON. MAXINE M. CHESNEY
6                                            UNITED STATES DISTRICT COURT JUDGE

CASE NO. CV12-2063 MMC
STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT