1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  DAVID J. SEPANIK (S.B. #221527)
   dsepanik@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA  94111-3823
   Telephone:   (415) 984-8700
5  Facsimile:   (415) 984-8701

6

7  Attorneys for Defendant
   Apple Inc.

8

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  TOM LUCE, BRIAN KROLL, MATT           Case No.  CV12-2063 MMC
    BLACKETT, LAWRENCE RIGGS,
14                                        **STIPULATION TO EXTEND TIME TO**
                  Plaintiffs,             **RESPOND TO COMPLAINT**
15
         v.                               **Original response date: May 29, 2012**
16                                        **Current response date: August 10, 2012**
    SELENA GOMEZ, SELENA GOMEZ &          **New response date:  September 3, 2012**
17  THE SCENE, LINDY ROBBINS, TOBY
    GAD, HOLLYWOOD RECORDS, INC., a
18  California Corporation, HEY KIDDO
    MUSIC, GAD SONGS, LLC, a Limited
19  Liability Company, APPLE INC., a
    California Corporation, EMI APRIL
20  MUSIC, INC., a Connecticut Corporation,
    and KOBALT MUSIC SERVICES
21  AMERICA, INC., a Delaware Corporation.

22                Defendants.

23

24

25

26

27

28

                                            CASE NO. CV12-2063 MMC
                                        STIPULATION TO EXTEND TIME TO
                                        RESPOND TO INITIAL COMPLAINT

1      WHEREAS, Plaintiffs Tom Luce, Brian Kroll, Matt Blackett, and Lawrence Riggs
2  (Plaintiffs) filed this action against, among others, Defendants Apple Inc., (Apple) and
3  Hollywood Records, Inc. (Hollywood Records), and a response was originally due May 29, 2012;
4      WHEREAS, on May 25, 2012, pursuant to Local Rule 6-1, the Plaintiffs and
5  Apple agreed to extend the time within which Apple must answer or otherwise respond to the
6  Complaint until June 28, 2012;
7      WHEREAS, on May 29, 2012, pursuant to Local Rule 6-1, the Plaintiffs and
8  Hollywood Records agreed to extend the time within which Hollywood Records must answer or
9  otherwise respond to the Complaint until July 2, 2012;
10     WHEREAS, on June 26, 2012, pursuant to Local Rule 6-1, the Plaintiffs and
11  Apple, and the Plaintiffs and Hollywood Records, agreed to extend the time within which Apple
12  and Hollywood Records must answer or otherwise respond to the Complaint until July 27, 2012;
13     WHEREAS, on July 25, 2012, pursuant to Local Rule 6-1, the Plaintiffs and
14  Apple, and the Plaintiffs and Hollywood Records, agreed to extend the time within which Apple
15  and Hollywood Records must answer or otherwise respond to the Complaint until August 10,
16  2012;
17     WHEREAS, pursuant to Local Rule 6-1, the Plaintiffs and Apple, and the
18  Plaintiffs and Hollywood Records, have respectively agreed to extend the time within which
19  Apple and Hollywood Records must answer or otherwise respond to the Complaint until
20  September 3, 2012 so that the parties may attempt to complete a resolution of this matter.  This
21  extension will not alter the date of any event or any deadline already fixed by Court order;
22     NOW, THEREFORE, Plaintiffs, Apple, and Hollywood Records, through their
23  respective counsel, hereby stipulate as follows:
24     Defendant Apple Inc. and Defendant Hollywood Records, Inc. in the above-
25  entitled matter shall have until September 3, 2012, to answer or otherwise respond to the
26  Complaint.
27
28

Dated: August 9, 2012                    Respectfully submitted,

                                         O'MELVENY & MYERS LLP


                                         By:  /s/ *David R. Eberhart*
                                              David R. Eberhart
                                         Attorneys for Defendant
                                         Apple Inc.


Dated: August 9, 2012                    Respectfully submitted,

                                         PHILLIPS, ERLEWINE & GIVEN LLP


                                         By:  /s/ *Nicholas A. Carlin*
                                              Nicholas A. Carlin
                                         Attorneys for Plaintiffs
                                         Tom Luce, Brian Kroll, Matt Blackett,
                                         Lawrence Riggs

Dated: August 9, 2012                    Respectfully submitted,



                                         By:  /s/ *Karen N. Frederiksen*
                                              Karen N. Frederiksen
                                         Attorney for Defendant
                                         Hollywood Records, Inc.


## **ATTESTATION**

Pursuant to General Order No. 45X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

DATED: August 9, 2012                    By: /s/ *David R. Eberhart*
                                              David R. Eberhart

**~~PROPOSED~~ ORD~~E~~ER**

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

DATED: August 10, 2012

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE