Nicholas A. Carlin, State Bar No. 112532
David M. Given, State Bar No. 142375
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA  94111
Tel: 415-398-0900
Fax: 415-398-0911
Email:  nac@phillaw.com
            dmg@phillaw.com

Elliot P. Cahn, State Bar No. 99419
LAW OFFICES OF ELLIOT CAHN
1035 7th Street, Ste. 1
Oakland, CA  94607
Tel: (510) 652-1615
Fax: (510) 550-2770
Email:  cahnman@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TOM LUCE, BRIAN KROLL, MATT BLACKETT, LAWRENCE RIGGS<br><br>Plaintiffs,<br><br>vs.<br><br>SELENA GOMEZ, SELENA GOMEZ & THE SCENE, LINDY ROBBINS, TOBY GAD, HOLLYWOOD RECORDS, INC., a California Corporation, HEY KIDDO MUSIC, GAD SONGS, LLC, a Limited Liability Company, APPLE, INC., a California Corporation, EMI APRIL MUSIC, INC., a Connecticut Corporation, and KOBALT MUSIC SERVICES AMERICA, INC., a Delaware Corporation.<br><br>Defendants. | Case No:  CV-12-2063-MMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER** |
|---|---|

1
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE – No. CV-12-2063-MMC**

1    WHEREAS, Plaintiffs Tom Luce, Brian Koll, Matt Blackett and Lawrence Riggs filed
2 their action against Defendants Selena Gomez and Selena Gomez and the Scene, Apple, Inc.,
3 Hollywood Records, Inc., EMI April Music, Inc., Kobalt Music Services America, Inc., Linda
4 Robbins, Toby Gad, Gad Songs LLC and Hey Kiddo Music on April 25, 2012;

5    WHEREAS, Plaintiffs have served all Defendants in this action;

6    WHEREAS, the Court has scheduled an Initial Case Management Conference for
7 September 7, 2012, and a Joint Case Management Statement due on August 31, 2012;

8    WHEREAS, Plaintiffs and Defendants are actively in the process of attempting to settle
9 this matter amicably, and are close to finalizing a settlement;

10    WHEREAS, there will be no prejudice to any party by a short continuance of the Case
11 Management Conference scheduled for September 7, 2012, to facilitate further settlement
12 discussions and finalize a settlement;

13    IT IS HEREBY STIPULATED by and between the parties through their respective
14 counsel of record as follows:

15    1.    That all Defendants shall have to and including September 21, 2012 to respond to
16 the Complaint filed on April 25, 2012 to allow further settlement discussions;

17    2.    That the Case Management Conference scheduled for September 7, 2012 shall be
18 continued to Friday, October 5, 2012 at 10:30 a.m., or the next date available to the Court, to
19 allow further settlement discussions and the finalization of a settlement agreement. A Joint Case
20 Management Statement shall be due on a date thereafter convenient to the Court if a settlement
21 agreement is not finalized and signed prior to September 27, 2012.

22 Dated:  August 30, 2012                                    PHILLIPS, ERLEWINE & GIVEN LLP

                                                             By:/s/ David M. Given
                                                                Nicholas A. Carlin
                                                                David M. Given
                                                                Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: August 30, 2012 | McPHERSON RANE LLP |
| 2 | | |
| 3 | | By /s/ Tracy B. Rane |
| 4 | | Edwin F. McPherson<br>Tracy B. Rane |
| 5 | | Attorneys for Defendants<br>Selena Gomez and Selena Gomez |
| 6 | | And The Scene |
| 7 | | |
| 8 | Dated: August 30, 2012 | O'MELVENY & MYERS LLP |
| 9 | | |
| 10 | | By /s/ David R. Eberhart<br>David R. Eberhart |
| 11 | | Attorneys for Defendant<br>Apple, Inc. |
| 12 | | |
| 13 | | |
| 14 | Dated: August 30, 2012 | By /s/ Karen N. Frederiksen<br>Karen N. Frederiksen |
| 15 | | Attorneys for Defendant<br>Hollywood Records, Inc. |
| 16 | | |
| 17 | | |
| 18 | Dated: August 30, 2012 | DURIE TANGRI LLP |
| 19 | | |
| 20 | | By /s/ Johanna Calabria<br>Johanna Calabria |
| 21 | | Attorneys for Defendants<br>Lindy Robbins dba Hey Kiddo Music |
| 22 | | |
| 23 | Dated: August 30, 2012 | RITHOLZ, LEVY, SANDERS, |
| 24 | | CHIDEKEL & FIELDS LLP |
| 25 | | |
| 26 | | By /s/ Matt Greenberg<br>Matt Greenberg |
| 27 | | Attorneys for Defendants<br>Toby Gad and Gad Songs, LLC |
| 28 | | |

PHILLIPS, ERLEWINE & GIVEN, LLP
50 California Street, 35th Floor
San Francisco, CA   94111
(415) 398-0900

3
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE – No. CV-12-2063-MMC**

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, David M. Given, attest that concurrence in the filing of this document has been obtained.

Dated:  August 30, 2012             By /s/ David M. Given
                                                    David M. Given

**[~~PROPOSED~~] ORDER**

Upon stipulation of the parties and good cause appearing, IT IS ORDERED:

1.  That all defendants shall have to and including September 21, 2012 in which to file a responsive pleading to the Complaint filed April 25, 2012;

2.  That the Case Management Conference currently scheduled for September 7, 2012 shall be continued to October 5, 2012, or the next date available to the Court, and that a Joint Case Management Conference Statement shall be due ___September 28, 2012___, if a settlement is not finalized by September 27, 2012.

Dated:  September 4, 2012

_____
Judge Maxine M. Chesney

PHILLIPS, ERLEWINE & GIVEN, LLP
50 California Street, 35th Floor
San Francisco, CA  94111
(415) 398-0900