Nicholas A. Carlin, State Bar No. 112532
David M. Given, State Bar No. 142375
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA  94111
Tel: 415-398-0900
Fax: 415-398-0911
Email:  nac@phillaw.com
        dmg@phillaw.com

Elliot P. Cahn, State Bar No. 99419
LAW OFFICES OF ELLIOT CAHN
1035 7th Street, Ste. 1
Oakland, CA  94607
Tel: (510) 652-1615
Fax: (510) 550-2770
Email:  cahnman@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM LUCE, BRIAN KROLL, MATT BLACKETT, LAWRENCE RIGGS<br><br>Plaintiffs,<br><br>vs.<br><br>SELENA GOMEZ, SELENA GOMEZ & THE SCENE, LINDY ROBBINS, TOBY GAD, HOLLYWOOD RECORDS, INC., a California Corporation, HEY KIDDO MUSIC, GAD SONGS, LLC, a Limited Liability Company, APPLE, INC., a California Corporation, EMI APRIL MUSIC, INC., a Connecticut Corporation, and KOBALT MUSIC SERVICES AMERICA, INC., a Delaware Corporation.<br><br>Defendants. | Case No: CV-12-2063-MMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER** |

1
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE – No. CV-12-2063-MMC**

WHEREAS, Plaintiffs Tom Luce, Brian Koll, Matt Blackett and Lawrence Riggs filed their action against Defendants Selena Gomez and Selena Gomez and the Scene, Apple, Inc., Hollywood Records, Inc., EMI April Music, Inc., Kobalt Music Services America, Inc., Linda Robbins, Toby Gad, Gad Songs LLC and Hey Kiddo Music on April 25, 2012;

WHEREAS, Plaintiffs have served all Defendants in this action;

WHEREAS, the Court has scheduled an Initial Case Management Conference for September 7, 2012, and a Joint Case Management Statement due on August 31, 2012;

WHEREAS, Plaintiffs and Defendants are actively in the process of attempting to settle this matter amicably, and are close to finalizing a settlement;

WHEREAS, there will be no prejudice to any party by a short continuance of the Case Management Conference scheduled for September 7, 2012, to facilitate further settlement discussions and finalize a settlement;

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record as follows:

1. That all Defendants shall have to and including September 21, 2012 to respond to the Complaint filed on April 25, 2012 to allow further settlement discussions;

2. That the Case Management Conference scheduled for September 7, 2012 shall be continued to Friday, October 5, 2012 at 10:30 a.m., or the next date available to the Court, to allow further settlement discussions and the finalization of a settlement agreement. A Joint Case Management Statement shall be due on a date thereafter convenient to the Court if a settlement agreement is not finalized and signed prior to September 27, 2012.

Dated:   August 30, 2012                           PHILLIPS, ERLEWINE & GIVEN LLP

By:/s/ David M. Given
   Nicholas A. Carlin
   David M. Given
   Attorneys for Plaintiffs

1  Dated: August 30, 2012                McPHERSON RANE LLP

3                                        By /s/ Tracy B. Rane
                                             Edwin F. McPherson
4                                            Tracy B. Rane
                                             Attorneys for Defendants
5                                            Selena Gomez and Selena Gomez
                                             And The Scene

8  Dated: August 30, 2012                O'MELVENY & MYERS LLP

10                                       By /s/ David R. Eberhart
                                             David R. Eberhart
11                                           Attorneys for Defendant
                                             Apple, Inc.

14 Dated: August 30, 2012                By /s/ Karen N. Frederiksen
                                             Karen N. Frederiksen
15                                           Attorneys for Defendant
                                             Hollywood Records, Inc.

18 Dated: August 30, 2012                DURIE TANGRI LLP

20                                       By /s/ Johanna Calabria
                                             Johanna Calabria
21                                           Attorneys for Defendants
                                             Lindy Robbins dba Hey Kiddo Music

23 Dated: August 30, 2012                RITHOLZ, LEVY, SANDERS,
24                                       CHIDEKEL & FIELDS LLP

26                                       By /s/ Matt Greenberg
                                             Matt Greenberg
27                                           Attorneys for Defendants
                                             Toby Gad and Gad Songs, LLC

*Sidebar:* PHILLIPS, ERLEWINE & GIVEN, LLP / 50 California Street, 35th Floor / San Francisco, CA  94111 / (415) 398-0900

3
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE – No. CV-12-2063-MMC**

# FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, David M. Given, attest that concurrence in the filing of this document has been obtained.

Dated:  August 30, 2012                    By /s/ David M. Given
                                              David M. Given

# [~~PROPOSED~~] ORDER

Upon stipulation of the parties and good cause appearing, IT IS ORDERED:

1. That all defendants shall have to and including September 21, 2012 in which to file a responsive pleading to the Complaint filed April 25, 2012;

2. That the Case Management Conference currently scheduled for September 7, 2012 shall be continued to October 5, 2012, or the next date available to the Court, and that a Joint Case Management Conference Statement shall be due __September 28, 2012__, if a settlement is not finalized by September 27, 2012.

Dated:  September 4, 2012

_____
Judge Maxine M. Chesney

---

4

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE – No. CV-12-2063-MMC**

PHILLIPS, ERLEWINE & GIVEN, LLP
50 California Street, 35th Floor
San Francisco, CA  94111
(415) 398-0900