Nicholas A. Carlin, State Bar No. 112532
David M. Given, State Bar No. 142375
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street; 35th Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911
Email: nac@phillaw.com
         dmg@phillaw.com

Elliot P. Cahn, State Bar No. 99419
LAW OFFICES OF ELLIOT CAHN
1035 7th Street, Ste. 1
Oakland, CA 94607
Tel: (510) 652-1615
Fax: (510) 550-2770
Email: cahnman@aol.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM LUCE, BRIAN KROLL, MATT BLACKETT, LAWRENCE RIGGS,<br><br>Plaintiffs,<br><br>v.<br><br>SELENA GOMEZ, SELENA GOMEZ & THE SCENE, LINDY ROBBINS, TOBY GAD, HOLLYWOOD RECORDS, INC., a California Corporation, HEY KIDDO MUSIC, GAD SONGS, LLC, a Limited Liability Company, APPLE, INC., a California Corporation, EMI APRIL MUSIC, INC., a Connecticut Corporation, and KOBALT MUSIC SERVICES AMERICA, INC., a Delaware Corporation.<br><br>Defendants. | Case No. 3:12-cv-02063-MMC<br><br>**NOTICE OF SETTLEMENT**<br><br>Ctrm:  7, 19th Floor<br>Judge:  Honorable Maxine M. Chesney |

1  Plaintiffs TOM LUCE, BRIAN KROLL, MATT BLACKETT, LAWRENCE RIGGS
2  (collectively "Plaintiffs") and all Defendants SELENA GOMEZ, SELENA GOMEZ & THE
3  SCENE, LINDY ROBBINS, TOBY GAD, HOLLYWOOD RECORDS, INC., a California
4  Corporation, HEY KIDDO MUSIC, GAD SONGS, LLC, a Limited Liability Company,
5  APPLE, INC., a California Corporation, EMI APRIL MUSIC, INC., a Connecticut
6  Corporation, and KOBALT MUSIC SERVICES AMERICA, INC., a Delaware Corporation
7  (collectively "Defendants"), have reached an agreement in principal that resolves all claims
8  asserted by Plaintiffs in the above-entitled and numbered action.  In light of the agreement in
9  principle, Plaintiffs hereby submit this Notice of Settlement and respectfully request the Court to
10 stay all deadlines, including Defendants' answers which are presently due on September 21,
11 2012, for an additional 14 days while the parties finalize a formal settlement document. Under
12 the contemplated settlement, the parties expect that Plaintiffs will file a notice of dismissal of the
13 action with prejudice pursuant to F.R.C.P. 41(a)(1) by early October 2012.

Dated:  September 21, 2012                              PHILLIPS, ERLEWINE & GIVEN LLP


                                                        By:    */s/ Nicholas A. Carlin*
                                                               NICHOLAS A. CARLIN

                                                        ATTORNEYS FOR PLAINTIFFS