Nicholas A. Carlin, State Bar No. 112532
David M. Given, State Bar No. 142375
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911

Elliot P. Cahn, State Bar No. 99419
LAW OFFICES OF ELLIOT CAHN
1035 7th Street, Ste. 1
Oakland, CA 94607
Tel: (510) 652-1615
Fax: (510) 550-2770

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM LUCE, BRIAN KROLL, MATT BLACKET, LAWRENCE RIGGS<br><br>Plaintiffs,<br><br>vs.<br><br>SELENA GOMEZ, SELENA GOMEZ & THE SCENE, LINDY ROBBINS, TOBY GAD, HOLLYWOOD RECORDS, INC., a California Corporation, HEY KIDDO MUSIC, GAD SONGS, LLC, a _____ Limited Liability Company, and APPLE, INC., a California Corporation, EMI APRIL MUSIC, INC., a Connecticut Corporation, KOBALT MUSIC SERVICES AMERICA, INC., a Delaware Corporation, and DOES 1-50.<br><br>Defendants. | Case No: 3:12-cv-02063-MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND ORDER THEREON** |

1

NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT Plaintiffs Tom Luce, Brian Kroll, Matt Blackett and Lawrence Riggs ("Plaintiffs") hereby voluntarily dismiss their Complaint against Defendants Selena Gomez and Selena Gomez and the Scene, Apple, Inc., Hollywood Records, Inc., EMI April Music, Inc., Kobalt Music Services America, Inc., Linda Robbins, Toby Gad, Gad Songs LLC and Hey Kiddo Music in *Luce, et al. v. Gomez, et al.* (U.S.D.C, Northern District No. CV-12-2063-MMC), with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with each party to bear its own costs and attorneys' fees. The parties request that any and all hearing dates and deadlines pursuant to the Scheduling Order be removed from the Court's calendar and that this action be dismissed in its entirety.

Dated: October 10, 2012

ELLIOT CAHN, ATTORNEY AT LAW

By: 

Elliot P. Cahn

Attorney for Plaintiffs

Dated: October 22, 2012



IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELLIOT CAHN, ATTORNEY AT LAW
1035 7th Street, Suite 1C
Oakland, CA 94607
(510) 652-1615